MEMO ENDORSED

James Fischer
99 Wall St
Suite 1956
New York NY 10005
12/20/18

The Honorable Ronnie Abrams
United States Courthouse
40 Foley Square
New York, NY 10007

Via E-Mail

Judge Abrams:

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/18

I am the plaintiff in 18-cv-11628, "Fischer v Verizon", removed to SDNY from state court.

I am out of town for the Holidays, and can find no other way to get the attached forms to you in a timely manner other than email. Mail may or may not reach you timely, given the Holiday overload of the mails.

Why the rush? I expect to have a motion to remand on the docket shortly, which will allow time for a response from Defendants and for the Court to remand the case before the scheduled date of the pre-trial conference.

Thank you for your time and attention.

James Fischer

Application granted.
SO ORDERED.

Hon. Ronnie Abrams
12/21/2018