James Fischer<br>
99 Wall NYC<br>
2/6/19

The Honorable Ronnie Abrams
United States Courthouse
40 Foley Square
New York, NY 10007

Via E-Mail

Judge Abrams:


I am the plaintiff in 18-cv-11628, "Fischer v Verizon", removed to SDNY from state court.

Document #15 was mailed Jan 12th, before the problems with ECF access were fixed by the local helpdesk and the national PACER helpdesk. It did not arrive in the City until Jan 31st.

Doc #15 is duplicative of Doc #13, ECF-filed on Jan 18th.

Please ignore Doc #15.  Doc #13 the better-worded revision, in my view.

Thank you for your time and attention.


    /s/ James Fischer

    James Fischer