

**Justin A. Corbalis**
Associate

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973.422.6754
**F**: 973.597.2400
**E**: jcorbalis@lowenstein.com

**MEMO ENDORSED**

December 17, 2019

<u>VIA ECF</u>

Honorable Ona T. Wang
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Fischer v. Verizon New York Inc., et al.
      Docket No. 18-cv-11628-RA

Dear Judge Wang:

    I am writing in conjunction with Plaintiff to request an extension of the parties' briefing schedule with respect to Plaintiff's motion for sanctions [Dkt. No. 94]. Undersigned counsel is unexpectedly moving to Chicago and will need time to transition this matter. Combined with the upcoming holidays, the parties respectfully request the briefing schedule to be modified as follows:

    Defendants' response brief due by 1/10/2020

    Plaintiff's reply brief due by 1/24/2020

Respectfully submitted,

*Justin A. Corbalis*

**Application GRANTED.** The parties shall follow the modified briefing schedule proposed above.

**SO ORDERED.**

_____
Ona T. Wang        12/17/19
U.S. Magistrate Judge