# EXHIBIT 2

| | |
|---|---|
| **From:** | Corbalis, Justin A. |
| **Sent:** | Friday, April 12, 2019 1:34 PM |
| **To:** | 'James Fischer' |
| **Subject:** | Verizon 2d Production |
| **Attachments:** | VZW-Fischer-0000006-7.xls; Fischer Neustar TN History 1 (print example).pdf; VZW-Fischer-0000002.pdf |

Jim:

I'm enclosing Verizon's second production. You'll notice that the Neustar record is still low quality. I spoke to the client at length about this, and that's really the best we've got. Neustar apparently does not allow you to download reports into a native document form, and the client tried "printing from screen" to .pdf and the result (which is also attached), is scrambled garbage. So the screen grab is what we're working with, and I don't expect any other documents to come like that (mostly because this is now the complete universe of documents within Verizon's customer records for Joanne).

I'm attaching separately the porting records from RCN so you have the native excel file.

I will follow up separately in answer to your other emails.


**Justin Corbalis**
Associate
Lowenstein Sandler LLP
**T:** 973.422.6754
**F:** 973.597.2400

 



1