**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
                                            :
JAMES FISCHER,                              :
                                            :
                        Plaintiff,          :          No. 18-CV-11628 (RA) (OTW)
                                            :
        -against-                           :                 **ORDER**
                                            :
VERIZON NEW YORK, INC., et al.,             :
                                            :
                        Defendants.         :
                                            :
----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter requesting a stay of the case until October 5, 2020 and a postponement of the deadline to file a motion for reconsideration of the Court's August 31, 2020 Opinion & Order (ECF 107). (ECF 111). The application for a stay is **denied**. The application for an extension is **granted in part**, Plaintiff shall file any motion for reconsideration by **September 30, 2020**. *See* Local Rule 6.3.

SO ORDERED.

_s/ Ona T. Wang_____

Dated: September 10, 2020                                    **Ona T. Wang**
       New York, New York                          United States Magistrate Judge