UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
JAMES FISCHER,

                       Plaintiff,              No. 18-CV-11628 (RA) (OTW)

      -against-                        **ORDER**

VERIZON NEW YORK, INC., et al.,

                      Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion to reopen discovery (ECF 131), Defendants' response to the motion (ECF 132), and Plaintiff's reply (1ECF 133). Pursuant to this Court's Order (ECF 126), this case is "stayed pending the Court's resolution of Plaintiff's objections." Since Judge Abrams has not yet ruled on Plaintiff's objections to my previous Orders, Plaintiff's motion is accordingly improper at this time. Plaintiff's request is **DENIED**, without prejudice.

The Clerk of Court is directed to close ECF 131.

**SO ORDERED.**

                                                                     *s/ Ona T. Wang*

Dated: October 14, 2021                          **Ona T. Wang**
       New York, New York                  United States Magistrate Judge