| | |
|---|---|
| | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 01/11/2022 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES H. FISCHER,

               Plaintiff,

        v.

VERIZON NEW YORK, INC., VERIZION
COMMUNICATIONS, INC., VERIZON
ONLINE, LLC,

               Defendants.

No. 18-CV-11628 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 3, 2022, the Court issued an order stating that "[i]f Plaintiff intends to file a motion to reopen discovery for Judge Wang's consideration, he shall do so by no later than January 14, 2022." On January 10, 2022, the Court received an email from Plaintiff's wife explaining that Plaintiff has been suffering from COVID-19 for the past few weeks and has been unable to draft the motion to reopen discovery due to his illness. In light of this email, the Court extends the deadline for Plaintiff to file a motion to reopen discovery to February 14, 2022. The Court sends its best wishes to Mr. Fischer for a full and speedy recovery.

SO ORDERED.

Dated: January 11, 2022
New York, New York

                                                                             _____
                                                                             Hon. Ronnie Abrams