|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 02/09/2022 |

JAMES H. FISCHER,

                Plaintiff,

         v.                                  No. 18-CV-11628 (RA)

VERIZON NEW YORK, INC., VERIZION                  ORDER
COMMUNICATIONS, INC., VERIZON
ONLINE, LLC,

                Defendants.

RONNIE ABRAMS, United States District Judge:

      On January 11, 2022, the Court extended the deadline for Mr. Fischer to file a motion to reopen discovery to February 14, 2022 on account of Mr. Fischer's illness. On February 8, 2022, the Court received an email from Mr. Fischer's wife explaining that Mr. Fischer was still seriously ill and, according to his doctor, will not be fully recovered until 30 to 45 days from now. In light of this update, the Court further extends the deadline for Mr. Fischer to file a motion to reopen discovery to March 25, 2022. If Mr. Fischer no longer plans to file such a motion, he should so inform the Court by that date. The Court sends its best wishes to Mr. Fischer for a full and speedy recovery.

SO ORDERED.

Dated: February 9, 2022
New York, New York

                                                                     Hon. Ronnie Abrams