USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES FISCHER,

          Plaintiff,

v.

VERIZON NEW YORK, INC., VERIZON COMMUNICATIONS, INC., and VERIZON ONLINE, LLC,

          Defendants.

No. 18-CV-11628 (RA)

ORDER

Ronnie Abrams, United States District Judge:

The Court is in receipt of Plaintiff's *pro se* objection of May 8, 2022 to Magistrate Judge Wang's order of April 26, 2022, in which Judge Wang denied Plaintiff's motion to compel on the ground that discovery is closed. It has come to the Court's attention, however, that a notice of appearance was filed yesterday on Mr. Fischer's behalf by Ross Howard Schmierer. Given counsel's recent appearance, the Court grants Plaintiff until May 18, 2022 to submit any supplementation or clarification of his objection that he may wish to file.

SO ORDERED.

Date: May 11, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge