**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 07/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES FISCHER,

        Plaintiff,

    v.

VERIZON NEW YORK, INC., VERIZON COMMUNICATIONS, INC., and VERIZON ONLINE, LLC,

        Defendants.

---

No. 18-CV-11628 (RA)

ORDER

Ronnie Abrams, United States District Judge:

On May 19, 2022, the Court suspended certain deadlines in this case pending the parties' private mediation. By July 27, 2022, the parties shall provide an update on the status of that mediation.

SO ORDERED.

Date: July 20, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge