```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES FISCHER,

        Plaintiff,

    v.

VERIZON NEW YORK, INC., VERIZON COMMUNICATIONS, INC., and VERIZON ONLINE, LLC,

        Defendants.

No. 18-CV-11628 (RA)

ORDER

Ronnie Abrams, United States District Judge:

It has been reported to the Court that a settlement has been reached among all parties. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without fees or costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days. Any application to reopen this action must be filed within sixty (60) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same sixty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Date: August 31, 2022
New York, New York

                                               Hon. Ronnie Abrams
                                               United States District Judge