UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JAMES FISCHER,

                      Plaintiff,                                No. 18-CV-11628 (RA) (OTW)

          -against-                                   **ORDER**

VERIZON NEW YORK, INC., et al.,

                     Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to disregard ECF 166. The Clerk of Court is respectfully directed to strike ECF 166 from the docket.

**SO ORDERED.**

Dated: November 9, 2022
       New York, New York

                                                             *s/ Ona T. Wang*
                                                                **Ona T. Wang**
                                                      United States Magistrate Judge